IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ALAMBRY FUNDING INC., et al., | : : | NO. 11-4758 |
| Defendants. | : | |

### ORDER RE: MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES

AND NOW, on this 8th day of December, 2011, upon careful consideration of the motion to dismiss of Defendants Orleans Investment Land Associates, L.P. ("Orleans"), and OILA, Inc. ("OILA," and together with Orleans, the "OILA Defendants") for failure to join indispensable parties pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure, and the response thereto of Plaintiff Travelers Casualty and Surety Company of America, and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED that the OILA Defendants' motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Josh\11-4758 Travelers v. Alambry Funding\Order re MTD.wpd